IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR209 |
| | ) | |
| v. | ) | SEALED ORDER |
| | ) | |
| DAMON E. FITZGERALD, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that, pursuant to General Order 2005-15, this case is reassigned to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters. This case remains assigned to District Judge Richard G. Kopf.

    DATED this 9th day of June, 2005.

                                            BY THE COURT:


                                            s/ Richard G. Kopf
                                            RICHARD G. KOPF
                                            UNITED STATES DISTRICT JUDGE