IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 8:05CR209 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DAMON FITZGERALD, | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED that the defendant's sentencing is rescheduled to Wednesday, February 27, 2008, at 1:00 p.m. before the undersigned United States district judge.

January 14, 2008.   BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge